DocuSign Envelope ID: F98EE1D0-BF76-42D8-AC5B-1F4A486FDC1B

# CONSENT FORM

1. I consent to make a claim under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* against my current/former employer, ZocDoc, Inc. to secure any relief that may be awarded, including overtime pay, liquidated damages, attorneys' fees, costs and other relief arising out of my employment with ZocDoc, Inc.

2. During the past three (3) years, there were occasions when I worked more than forty (40) hours in a week for ZocDoc, Inc., and I did not receive proper overtime compensation for those hours.

3. I authorize Shulman Kessler LLP to represent me in this case.

Date: 2/6/2018

DocuSigned by:

2F84DEB67495473...

Signature

Ruben Matatov

Print Name